<div style="text-align:center">

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

</div>

| | | |
|---|---|---|
| IN RE:  GRETCHEN G. GARDNER | : | BANKRUPTCY NO. 18-17745 |
|  | : |  |
| DEBTOR | : | CHAPTER 13 |

<div style="text-align:center">

\* \* \* \* \* \* \*

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

</div>

**The Debtor has filed an objection to the proof of claim you filed in the bankruptcy case.**

**<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

      If you do not want the court to eliminate or change your claim, you and your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Ashely M. Chan, Bankruptcy Judge on April 16, 2019, at 11:00 am, in Courtroom 4, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the Court may decide that you do not oppose the objection to your claim.

March 12, 2019

<div style="margin-left:50%">

<u>/s/Jon M. Adelstein</u>
Jon M. Adelstein, Esquire
350 S. Main Street Suite 105
Doylestown, PA 18901
(215) 230-4250

</div>