# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  GRETCHEN G. GARDNER | : | BANKRUPTCY NO. 18-17745 |
| | : | |
| DEBTOR | : | CHAPTER 13 |

## OBJECTION TO PROOFS OF CLAIM 2 AND 3 OF LVNV FUNDING, LLC.

**AND NOW** this __17th__ day of __April__, 2019, upon consideration of the Objection and after hearing held, it is;

**ORDERED** that Claims #2 and 3 filed by LVNV Funding, LLC are disallowed.

_____
ASHELY M. CHAN
**Bankruptcy Judge**