United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gretchen G. Gardner  
       Debtor

Case No. 18-17745-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Apr 17, 2019  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.  
db          +Gretchen G. Gardner,    15 Sweetbriar Lane,    Levittown, PA 19055-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:  
       JON M. ADELSTEIN    on behalf of Debtor Gretchen G. Gardner jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com  
       JOSEPH RICHARD BARANKO, JR    on behalf of Creditor    Cove Village Association josephb@slusserlawfirm.com  
       KEVIN S. FRANKEL    on behalf of Creditor    Specialized Loan Servicing, LLC pa-bk@logs.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, et al. bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                          TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  GRETCHEN G. GARDNER    :    BANKRUPTCY NO. 18-17745
                                :
           DEBTOR               :    CHAPTER 13

### OBJECTION TO PROOFS OF CLAIM 2 AND 3 OF LVNV FUNDING, LLC.

AND NOW this __17th__ day of __April__, 2019, upon consideration of the Objection and after hearing held, it is;

ORDERED that Claims #2 and 3 filed by LVNV Funding, LLC are disallowed.

_____
ASHELY M. CHAN
Bankruptcy Judge