IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GRETCHEN G. GARDNER | : | CHAPTER 13 |
| DEBTOR | : | BANKRUPTCY NO. 18-17745 |

PRAECIPE

TO THE CLERK:

Kindly mark as withdrawn Debtor's Answer to the Motion for Relief of Wilmington Savings Fund Society.

/s/ Jon M. Adelstein
Jon M. Adelstein