**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GRETCHEN G GARDNER | Chapter 13 |
| Debtor | Bankruptcy No. 18-17745-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 7, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JON M ADELSTEIN ESQ
350 S MAIN ST, SUITE 105

DOYLESTOWN, PA 18901-

Debtor:
GRETCHEN G GARDNER

15 SWEETBRIAR LANE

LEVITTOWN, PA 19056-