United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-17745-amc
Gretchen G. Gardner                                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 2    Date Rcvd: Jan 07, 2020
                              Form ID: pdf900    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2020.
```
db            +Gretchen G. Gardner,    15 Sweetbriar Lane,    Levittown, PA 19055-2225
cr            +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
14235060       Bristol Emergency Physicians,    PO Box 419819,    Boston, MA 02241-9819
14235061       Center For Women's Health,    Attn # 15837X,    PO Box 14000,    Belfast, ME 04915-4033
14266367      +Cove Village Assoc.,    c/o Joseph R. Baranko Jr, Esq.,    The Slusser Law Firm,
                1620 N. Church St., Ste. 1,    Hazleton, PA 18202-9509
14265537      +Cove Village Association,    1 Cove Mountain Drive,    Zion Grove, PA 17985-9303
14235062       Cove at Green Mountain Village Assoc.,    RR 1,    BHox 3024,    Zion Grove, PA 17985
14235063      +Gregg Soffer, DMD,    549 Stonybrook Drive,    Levittown, PA 19055-2228
14235064      +Joseph Baranko Esquire,    1620 N. Church St.,    Suite 1,    Hazleton, PA 18202-9509
14235066    ++++LOWER BUCKS RADIOLOGY ASSOC.,    PO BOX 4238,    PORTSMOUTH NH  03802-4238
              (address filed with court: Lower Bucks Radiology Assoc.,    PO Box 6750,    Portsmouth, NH 03802)
14235065       Lower Bucks Hospital,    PO Box 536381,    Pittsburgh, PA 15253-5905
14235067      +Premier Urgent Care at Kennett Square, L,    278 Eagleview Blvd.,    Exton, PA 19341-1157
14235068      +Rickert Collection Systems,    575 Milltown Road,    PO Box 7242,
                North Brunswick, NJ 08902-7242
14235069       Rushmore Loan Management Services,    PO Box 514707,    Los Angeles, CA 90051-4707
14263417      +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14235070      +Shapiro & DeNardo, LLC,    ATTN: Leslie Rase, Esq.,    3600 Horizon Drive, Suite 150,
                King of Prussia 19406-4702
14235071      +Specialized Loan Service,    8742 Lucent Boulevard,    Highlands Ranch, CO 80129-2386
14243282      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
14244809      +Specialized Loan Srving LLC,    c/o Kevin S. Frankel, Esquire,    Shapiro & DeNardo, LLC,
                3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14248441      +WSFS FSB,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jan 08 2020 03:07:32     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 08 2020 03:07:17      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 08 2020 03:07:28     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14251683       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 08 2020 03:21:40      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Cove Village Association,    1 Cove Mountain Drive,    Zion Grove, PA 17985-9303
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Randi                 Page 2 of 2                   Date Rcvd: Jan 07, 2020
                               Form ID: pdf900             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:
         JON M. ADELSTEIN    on behalf of Debtor Gretchen G. Gardner jadelstein@adelsteinkaliner.com,
          jsbamford@adelsteinkaliner.com
         JOSEPH RICHARD BARANKO, JR    on behalf of Creditor    Cove Village Association
          josephb@slusserlawfirm.com
         KEVIN S. FRANKEL    on behalf of Creditor    Specialized Loan Servicing, LLC pa-bk@logs.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A
          Christiana Trust, et al. bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                         TOTAL: 6

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>GRETCHEN G GARDNER | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 18-17745-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 7, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JON M ADELSTEIN ESQ
350 S MAIN ST, SUITE 105

DOYLESTOWN, PA 18901-

Debtor:
GRETCHEN G GARDNER

15 SWEETBRIAR LANE

LEVITTOWN, PA 19056-